MYRTLE HUNTER et al., Respondents, v. JOHN J. THEIS, Appellant.—

Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.